IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARRIE SCOTT and JAMES SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:10-00186-CG-N |
| J. PAUL JONES HOSPITAL, et al., | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated May 28, 2010 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the motion to dismiss (doc. 14) filed by Defendants J. Paul Jones Hospital and J. Paul Jones Hospital Board be and is hereby **GRANTED**.

**DONE and ORDERED** this 17th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE