IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARRIE SCOTT and JAMES SCOTT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 10-0186-CG-N |
| | ) |
| | ) |
| BAXTER HEALTHCARE | ) |
| CORPORATION, et. al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered this date, granting the motion of Baxter Healthcare Corporation for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED.**

**DONE and ORDERED** this 9th day of September, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE